IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONALD CLAY BILES
ADC #79241                                                                                              PLAINTIFF

V.                                       CASE NO. 5:15-CV-135 JM/BD

MOSES JACKSON                                                                                DEFENDANT

## RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr.  Either party may file written objections to this Recommendation.  If objections are filed, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion**

Donal Clay Biles, an Arkansas Department of Correction inmate housed at the Varner Unit, filed this lawsuit pro se under 42 U.S.C. § 1983.  (Docket entry #1)  Mr. Biles claims that Defendant Moses Jackson falsified documents during his classification review hearing in November 2014.  He alleges that Defendant Jackson relied on a disciplinary conviction that Mr. Biles received in August 2014 in recommending that Mr.

Biles's classification remain unchanged. Mr. Biles primarily complains that Defendant Jackson failed to restore his classification level because Mr. Biles made a threat in front of the classification committee and used a scalpel during the underlying inmate attack that occurred in August 2014. Mr. Biles denies his use of threatening language and argues that the disciplinary relied upon does not include any allegation relating to the use of a scalpel. Mr. Biles asks that state-court criminal charges be filed against Defendant Jackson and that he be provided monetary damages. Unfortunately, Mr. Biles's claims fail.

First, Mr. Biles lacks standing to assert any state-court criminal charges against Defendant Jackson. The State of Arkansas is the only party that can pursue such claims.

Furthermore, Mr. Biles does not have any liberty interest in classification. *Sanders v. Norris*, 153 Fed. Appx. 403 (8th Cir. 2005) (unpublished per curiam) (holding that inmate did not have a constitutional right to a particular classification); *Hartsfield v. Dep't of Corr.*, 107 Fed. Appx. 695, 696 (8th Cir. 2003) (same). Without any underlying liberty interest, any due process claim must fail.

Finally, while Mr. Biles is entitled to a meaningful classification review hearing, multiple written reasons were provided for Mr. Biles's continued housing and classification assignment (#1 at p.19). *Williams v. Norris*, 277 Fed. Appx. 647, 649 (8th Cir. 2008); *Rahman X v. Morgan*, 300 F.3d 970, 973–74 (8th Cir. 2002) Although Mr. Biles may disagree with the reasons articulated, such a claim fails to rise to a

constitutional level.

## III. Conclusion

The Court recommends that Mr. Biles's claims be DISMISSED, without prejudice, this 20th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE