IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONALD CLAY BILES
ADC #79241                                                                                          PLAINTIFF

V.                              CASE NO. 5:15-CV-135 JM/BD

MOSES JACKSON                                                                              DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Biles's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Biles's claims are DISMISSED, without prejudice, based on his failure to state a constitutional claim.

IT IS SO ORDERED, this 28th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE